UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE GARRISON,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>    Defendant. | Case No. 19-cv-08137-JD<br><br>**ORDER OF DISMISSAL** |

This is a civil rights case filed pro se by a detainee. In the initial review order the Court found that plaintiff had failed to state a claim and dismissed the complaint with leave to amend after discussing the deficiencies of the complaint. The time to amend has passed and plaintiff has not filed an amended complaint. To the extent plaintiff's recent filings (Docket Nos. 8, 9) could be construed as an amendment, they are meritless and frivolous. This case is **DISMISSED** with prejudice as frivolous, meritless and for failure to state a claim as described in the prior order.

**IT IS SO ORDERED.**

Dated: March 9, 2020

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE GARRISON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　Defendant. | Case No. 19-cv-08137-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 9, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steve Garrison ID: CWX252
Main Jail North
885 N. San Pedro St.
San Jose, CA 95110

Dated: March 9, 2020

　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　LISA R. CLARK, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable JAMES DONATO